# United States Court of Appeals

### For the Eighth Circuit

_____

No. 13-2761

_____

Tony Ray Williams

*Plaintiff - Appellant*

v.

Terry Leeds, Water Services Dept. Director; Mike Klender, Water Supply Plant
Mgr.; Water Services, H.R.D.; The City of Kansas City, Missouri

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: January 21, 2014
Filed: January 22, 2014
[Unpublished]

_____

Before BENTON, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Tony Williams appeals the district court's[1] adverse judgment dismissing his pro se amended complaint. Upon careful review, we conclude that the district court's dismissal was proper, and we note that Williams has not presented any meaningful legal argument on appeal regarding the claims he asserted in his amended complaint. See Ahlberg v. Chrysler Corp., 481 F.3d 630, 634 (8th Cir. 2007) (points not meaningfully argued in opening brief are waived); see also Butler v. Bank of Am., N.A., 690 F.3d 959, 961 (8th Cir. 2012) (de novo review of dismissal). To the extent Williams attempts to assert new claims on appeal, we decline to consider them. See Stone v. Harry, 364 F.3d 912, 914 (8th Cir. 2004) (claims not presented in district court may not be advanced for first time on appeal). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.